DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NEIL KURT SALAZAR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1915

[November 10, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael J. McNicholas, Judge; L.T. Case No. 272000CF000368A.

Neil Kurt Salazar, Miami, pro se.

Ashley Moody, Attorney General, Tallahassee, and Allen R. Geesey, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KLINGENSMITH and KUNTZ, JJ., concur.

*              *              *

***Not final until disposition of timely filed motion for rehearing.***